# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> SYNTHRON, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 06-11196 (MFW) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") hereby appears in the above-captioned cases by its proposed counsel, Ashby & Geddes, P.A., and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone, facsimile number, and e-mail addresses indicated:

> Don A. Beskrone, Esquire
> Gregory A. Taylor, Esquire
> Ashby & Geddes, P.A.
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19801
> Telephone: (302) 654-1888
> Facsimile: (302) 654-2067
> E-mail: dbeskrone@ashby-geddes.com
> E-mail: gtaylor@ashby-geddes.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the Committee to (1) have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, or defenses to which the Committee is or may be entitled.

Dated: December 20, 2006

ASHBY & GEDDES, P.A.

/s/ 
Don A. Beskrone (I.D. #4380)
Gregory A. Taylor (I.D. #4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Proposed Counsel to the Official Committee of Unsecured Creditors*

175646v2

## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on December 20, 2006, I caused a true and correct copy of the attached *Notice Appearance and Demand of Notices and Papers* to be served upon the persons listed on the attached 2002 service list by U.S. Mail, postage pre-paid, or in the manner indicated.

                                                 Gregory A. Taylor (#4008)

175646v2

**SYNTHRON, INC.**
200 Service List
File #175923.1
(Avery Labels 5163)

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
*Hand Delivery*

Joseph McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Katharine L. Mayer, Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
Wilmington, DE 19801
*Hand Delivery*

Randall A. Cox
Synthron, Inc
420 C West Fleming Drive
Morganton, NC 28655

United States Environmental
Protection Agency
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

North Carolina Department of Labor
901 Blairhill Road, Suite 200
Charlotte, NC 28217

Carl Lowry
McDermott Will & Emery
227 West Monroe
Chicago, IL 60606

National Welders
P.O. Box 34513
Charlotte, NC 28234

Tuggle, Duggins & Meschan, P.A.
100 N. Greene Street, Suite 600
Greensboro, NC 27402

Baker Engineering and
Risk Consultants, Inc.
3330 Oakwell Court, Suite 100
San Antonio, TX 78218

Rapid Development & Commercialization
c/o Mr. Stephen Apolinsky, Apolinsky & Associates, LLC
One Decatur TownCenter, Suite 200
150 E. Ponce Deleon Avenue
Decatur, GA 30030

Shamrock Environmental
P.O. Box 14987
Greensboro, NC 27415

WCD Consultants
1108 Old Thomasville Road
High Point, NC 27402

ChemPoint
13727 Collections Center Drive
Chicago, IL 60693

Kohl Marketing
1103 Bombay Lane
Roswell, GA 30076

Griffith's Security
P.O. Box 3424
Hickory, NC 28603

Hexion Specialty Chemicals
1717 West Ward Avenue
High Point, NC 27260

The Elé Corporation
7847 W. 47th Street
Lyons, IL 60534

Ribelin Sales
3857 Miller Park Drive
Garland, TX 75042

Rain for Rent
P.O. Box 2248
Bakersfield, CA 93303

Sachem, Inc.
821 East Woodward
Austin, TX 78704

Burke County Tax Collector
P.O. Box 219
Morganton, NC 28680

John J. Doyle, Jr., Esquire
Constangy Brooks & Smith, LLC
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101

Greif, Inc.
P.O. Box 532416
Atlanta, GA 30353-2416

Douglas M. Smith, CPA, MBA
Rosa M. Read, CPA
Smith Miller & Associates, CPA, PA
212 North Sterling Street
P.O. Box 1489
Morganton, NC 28680

Donna L. Harris, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
*Hand Delivery*