IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| SYNTHRON, INC. ) | Case No. 06-11196 (MFW) |
| ) | |
| Debtor. ) | |
| ) | RE: DOCKET NO. 148 |

## ORDER EMPLOYING COOCH AND TAYLOR AS GENERAL COUNSEL NUNC PRO TUNC TO MARCH 19, 2007

1. Jeoffrey L. Burtch, Interim Trustee for the above captioned case, has filed a Motion to Employ Cooch and Taylor as General Counsel *Nunc Pro Tunc* to March 19, 2007 (the "Motion");

2. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2).

3. The Motion is GRANTED. Pursuant to Section 327(a) of Title 11 of the United States Code, the Interim Trustee is authorized to employ Cooch and Taylor, as his general counsel in the above captioned case, *nunc pro tunc* to March 19, 2007.

                                                                  */s/ Mary F. Walrath*
                                                                 THE HONORABLE MARY F. WALRATH
                                                                 Chief United States Bankruptcy Judge

Dated: May 1, 2007