# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                )    Chapter 7
                                       )
SYNTHRON, INC.,                        )    Case No. 06-11196 (MFW)
                                       )
                Debtor.                )
                                       )    **RE: DOCKET NO. 215**

## ORDER EMPLOYING SEITZ, SUBLETT & ASSOCIATES, LLC
## AS ACCOUNTANTS FOR THE ESTATE

1.   Jeoffrey L. Burtch, Esquire, Trustee in the above-captioned case, has filed a Motion of Chapter 7 Trustee to Employ Seitz, Sublett & Associates, LLC as Accountants *Nunc Pro Tunc* to January 2, 2008 (the "Motion");

2.   The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2). Proper notice of the Motion has been provided by the Trustee.

3.   The Motion is GRANTED. Pursuant to Section 327(a) of Title 11 of the United States Code, the Trustee is authorized to employ Seitz, Sublett & Associates, LLC as accountants in this case *nunc pro tunc* to January 2, 2008.

THE HONORABLE MARY F. WALRATH
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: _Feb. 4_, 2008